UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JENNIFER S. HOWE,

          Plaintiff,                              Case No. 1:13cv1099

v.                                                  Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 25, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 25, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff is entitled to an award of EAJA attorney's fees in the amount of $1,512.50 for the reasonable attorney's fees expended in this matter.

                                                                  /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 18, 2015.